WILLIAM S. BARTLEMES, as Administrator of the Estate of CHARLES M. ENGLISH, Deceased, Respondent, *v.* EDWARD F. LATHROP et al., Appellants.

*Bartlemes* v. *Lathrop*, 100 App. Div. 512, affirmed.
(Argued October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Clinton B. Gibbs* for appellants.

*Thomas A. Sullivan* and *Frederick G. Bagley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.